ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Mar. 20, 2012  
START: 12:16 p.m.  
END: 12:40 pm

DOCKET NO: 11-CV-5485 (RRM)

CASE: Howell v. City of New York

___ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
___ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Robert Marinelli, Sam Lewis

FOR DEFENDANT: Wesley Bauman, Lynn Neuner / Hiral Mehta

FACT DISCOVERY TO BE COMPLETED BY July 20, 2012

✓ NEXT Settlement CONFERENCE SCHEDULED FOR May 23, 2012 10:00 a.m.

___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY

___ PL. TO SERVE DEF. BY: ___ DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosure is complete, except that plaintiff shall serve medical authorizations by ~~the~~ 3/26/12. Pleadings may be amended and new parties added until 4/27/12. The scheduling of expert discovery and the deadline for requesting a premotion conference on a dispositive motion is deferred until the settlement conference.